JASON M. FRIERSON
United States Attorney
Nevada State Bar Number 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LENI JOCELYN MARIANO,<br><br>Defendant. | Case No. 2:23-mj-00111-BNW<br><br>**Motion to Quash Arrest Warrant and Dismiss the Petition for Action on Conditions of Pretrial Release** |

The United States of America, by and through the undersigned, respectfully moves this Honorable Court to quash the Arrest Warrant and dismiss the Petition for Action on Conditions of Pretrial Release as to defendant Leni Jocelyn Mariano.

On August 1, 2022, a criminal complaint was filed in the Eastern District of New York charging the defendant with various counts of wire fraud in violation of Title 18, United States Code, Sections 1349 and 3551 *et seq*. An arrest warrant was issued the same day.[1] On February 7, 2023, the defendant was arrested in Las Vegas pursuant to the warrant. The following day, the defendant suffered a medical emergency requiring her hospitalization. On February 9, 2023, the defendant made her initial appearance before this Court via video teleconference and was

---

[1] 1:22-mj-813; ECF No. 1.

1

released on a personal recognizance bond with certain conditions of release.[2] As a part of the conditions imposed by the Court, the defendant was ordered to report to Pretrial Services upon her release from custody. As of May 9, 2023, the defendant had not yet reported to Pretrial Services and her whereabouts were unknown. That same day, a Petition for Action on Conditions of Pretrial Release was filed informing the Court of the violations of pretrial release.[3] On May 10, 2023, this Court issued an Arrest Warrant for the defendant.[4]

On May 17, 2023, the undersigned was notified that the defendant had been located and had spoken to her Pretrial Services supervising officer. The defendant is living in a group home where she continues to receive medical care. The defendant continues to suffer with mobility issues and is recovering from the injuries she sustained on February 8, 2023. Based upon this information it appears the defendant is now in compliance with the conditions imposed by the Court. Further, it would be overly burdensome for the defendant to make a personal appearance while she continues to recover from her injuries.

Accordingly, the government moves to quash the Arrest Warrant and for the Court to dismiss the Petition for Action on Conditions of Pretrial Release.

The government hereby moves to quash the arrest warrant.

DATED: this 17th day of May 2023.

**ORDER**

**IT IS SO ORDERED**

DATED: 1:30 pm, May 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

JASON M. FRIERSON
United States Attorney

/s/ *Melanee Smith*
MELANEE SMITH
Assistant United States Attorney

---

[2] ECF Nos. 2 and 6.
[3] ECF No. 13.
[4] ECF No. 14.